Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
Andrew J. Somers #19078
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@bransking.com
samuel@briansking.com
andrew@briansking.com
*Attorneys for Plaintiff*

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
### Case No. 7:23-cv-00012-BO-RJ

| | |
|---|---|
| E.S, as Guardian and conservator of M.A., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD of NORTH CAROLINA, and TRUIST FINANCIAL CORPORATION HEALTH CARE PLAN<br><br>Defendants | ORDER OF DISMISSAL |

Based on the parties' stipulated motion and with good cause appearing, the above captioned matter is dismissed with prejudice. Each party is to bear its own fees and costs. Dated this ⅟ day of Oct. 2023.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE